## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PEREGRINE                    v.  RF MICRO DEVICES         No. 12-0911-H(WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL     RPTR. _____

Case transferred to Magistrate Judge Jill L. Burkhardt.

DATED:  April 10, 2014

                                                Hon. William V. Gallo
                                                U.S. Magistrate Judge